IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAMORRIS LAMPKIN**  **PLAINTIFF**
**#658354**

v.  No: 4:20-cv-01140-LPR

**JOSEPH GORMAN,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation ("PFR") submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 18). No objections have been filed and the time for doing so has expired. After a careful and de novo review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' Motion to Dismiss (Doc. 16) is granted and that Lampkin's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment is considered frivolous and not in good faith.

Dated this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE